# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GAEDE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　Defendants. | ) 1:12cv0468 LJO DLB<br>)<br>)<br>) ORDER TO SHOW CAUSE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　On March 28, 2012, Plaintiff Bill Gaede ("Plaintiff") filed this civil rights action against Defendants United States Forest Service and Richard Telles ("Defendants").

　　　　Also on March 28, 2012, the Court set a mandatory scheduling conference for July 17, 2012. The parties were directed to file a joint scheduling report one week prior to the conference.

　　　　On July 17, 2012, Plaintiff failed to appear for the mandatory scheduling conference. Plaintiff also failed to (1) file a scheduling report, and (2) file proofs of service indicating that any Defendants have been served.

　　　　Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to appear at the mandatory scheduling conference, failure to file a scheduling conference statement and failure to serve the complaint. Plaintiff may comply

with this order by filing proofs of service indicating that the complaint and summons were properly served.   Plaintiff is advised of Federal Rule of Civil Procedure 4, which specifies the proper methods for service of a summons and complaint.

   Plaintiff is ORDERED to file a response, or properly executed return of service forms, within thirty (30) days of the date of service of this order.  Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders, failure to appear at the mandatory scheduling conference and failure to prosecute this action.

IT IS SO ORDERED.

  Dated:   **July 18, 2012**        /s/ *Dennis L. Beck*
                  UNITED STATES MAGISTRATE JUDGE