# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GAEDE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　Defendants. | 1:12cv0468 LJO DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 6)<br><br>ORDER SETTING MANDATORY SCHEDULING CONFERENCE<br>**October 9, 2012**<br>**9:00 a.m.**<br>**Courtroom 9** |

　　　　On March 28, 2012, Plaintiff Bill Gaede ("Plaintiff") filed this civil rights action against Defendants United States Forest Service and Richard Telles.

　　　　After Plaintiff failed to appear for the mandatory scheduling conference and failed to file proofs of service, the Court issued an Order to Show Cause on July 19, 2012.

　　　　In response, Plaintiff filed proofs of service on August 18, 2012. Accordingly, the Court DISCHARGES the Order to Show Cause.[1]

///

///

///

///

---

[1] The Court makes no determination as to whether service was proper.

1

The Court also RESETS the Mandatory Scheduling Conference for Tuesday, October 9, 2012, at 9:00 a.m.  Plaintiff shall refer to the March 28, 2012, Order Setting Mandatory Scheduling Conference for additional instructions.

IT IS SO ORDERED.

Dated:   **August 20, 2012**                             /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE