1
BENJAMIN B. WAGNER
United States Attorney
2
JEFFREY J. LODGE
Assistant United States Attorney
3
2500 Tulare Street, Suite 4401
Fresno, California  93721
4
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5

6
Attorneys for the UNITED STATES OF AMERICA

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10
BILL GAEDE,                                              )   Case No. 1:12-cv-00468 LJO/DLB
                                                               )
11
                             Plaintiff,                    )   **EX PARTE REQUEST TO EXTEND**
                                                               )   **DEFENDANTS' TIME TO**
12
v.                                                           )   **RESPOND TO COMPLAINT;**
                                                               )   **ORDER**
13
UNITED STATES FOREST SERVICE, Pacific )
Southwest Region; RICHARD TELLES,          )
14
                                                               )
                             Defendants.                 )
15
_____ )

16
        The United States of America requests an extension of time for Defendants United States Forest

17
Service and Richard Telles ("Defendants") to respond to the Complaint filed March 28, 2012, by

18
Plaintiff Bill Gaede, based on the following:

19
        1.        The Defendants in this case are the United States Forest Services, which is an agency of

20
the United States of America, and past or present employees of its agency.  Forest Service employee

21
Richard Telles has been sued in his individual capacity.  As a result, all Defendants will probably be

22
represented by the United States Attorney's Office.

23
        2.        On March 28, 2012, the court issued a Summons in a Civil Case to Richard Telles and

24
the United States Forest Service.  (Doc. 3).  The Summons specifically provides that a response is to be

25
served "within 60 days after service of the summons." *Id.*  A return of service was filed by Plaintiff's

26
counsel, which shows service of the summons on August 17, 2012.  (Doc. 7).  Thus, a response is due on

27
October 16, 2012.  The undersigned attempted to contact Plaintiff's counsel several times on October 9,

28
2012, by telephone at (559) 276-1213, but there was no answer.

EX PARTE REQUEST TO EXTEND DEFENDANTS'
TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER                                                              1

3.      Before the United States Attorney's Office can represent the individual defendant, each

defendant must formally request legal representation by the United States Department of Justice, and

such request must be approved by the Department of Justice.  Government counsel has received a

representation request from the individual defendant which is currently being reviewed but has not yet

been approved.

4.      In light of the foregoing, and to enable the United States Attorney's Office to respond to

the Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend

Defendants' time to respond by approximately 60 days to December 17, 2012.

                                                        Respectfully submitted,

DATED:   October 9, 2012                    BENJAMIN B. WAGNER
                                                        United States Attorney


                                            By:     /s/Jeffrey J. Lodge
                                                        JEFFREY J. LODGE
                                                        Assistant U.S. Attorney
                                                        Attorneys for Defendant

## ORDER

IT IS SO ORDERED that Defendants' time to respond to the Complaint is extended to December

17, 2012.



IT IS SO ORDERED.

   Dated:   **October 10, 2012**                    /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE