BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILL GAEDE,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, Pacific Southwest Region; RICHARD TELLES,<br><br>           Defendants. | Case No. 1:12-cv-00468 LJO/DLB<br><br>**EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER** |

　　　　The United States of America requests an extension of time for Defendants United States Forest Service and Richard Telles ("Defendants") to respond to the Complaint filed March 28, 2012, by Plaintiff Bill Gaede, based on the following:

　　　　1.　　The Defendants in this case are the United States Forest Services, which is an agency of the United States of America, and past or present employees of its agency.  Forest Service employee Richard Telles has been sued in his individual capacity.  As a result, all Defendants will probably be represented by the United States Attorney's Office.

　　　　2.　　On March 28, 2012, the court issued a Summons in a Civil Case to Richard Telles and the United States Forest Service.  (Doc. 3).  The Summons specifically provides that a response is to be served "within 60 days after service of the summons."  *Id.*  A return of service was filed by Plaintiff's counsel, which shows service of the summons on August 17, 2012.  (Doc. 7).  Thus, a response is due on October 16, 2012.  The undersigned attempted to contact Plaintiff's counsel several times on October 9, 2012, by telephone at (559) 276-1213, but there was no answer.

3. Before the United States Attorney's Office can represent the individual defendant, each defendant must formally request legal representation by the United States Department of Justice, and such request must be approved by the Department of Justice. Government counsel has received a representation request from the individual defendant which is currently being reviewed but has not yet been approved.

4. In light of the foregoing, and to enable the United States Attorney's Office to respond to the Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend Defendants' time to respond by approximately 60 days to December 17, 2012.

Respectfully submitted,

DATED:   October 9, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


By:     /s/Jeffrey J. Lodge
        JEFFREY J. LODGE
        Assistant U.S. Attorney
        Attorneys for Defendant

**ORDER**

IT IS SO ORDERED that Defendants' time to respond to the Complaint is extended to December 17, 2012.


IT IS SO ORDERED.

Dated:   **October 10, 2012**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE